**FILED**

JUN 1 5 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

Case 3:07-cr-01300-BTM   Document 12-8   Filed 05/31/2007   Page 3 of 36

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE BARRY TED MOSKOWITZ)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 07cr1300-BTM *07cr1444 BTM* |
| Plaintiff, | *original in lead # case (dismissed)* |
| v. | **ORDER TO PRESERVE AND EXAMINE, PHOTOGRAPH, TEST, AND RE-WEIGH EVIDENCE** |
| CESAR TALAMANTES-CISNEROS, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that the United States government and its agents make available to the defense attorney and her agents, for examination and weighing without packaging, the drugs seized in the above-referenced case. The government and its agents are further ordered not to destroy, transfer, or otherwise dispose of the drugs prior to their weighing, without emergency application to this Court, notice to Mr. Talamantes-Cisneros, and an opportunity to respond, *or a jury verdict or other dispositive resolution of*

**IT IS FURTHER ORDERED** that the United States government and its agents make available to *the case* the defense attorney and her agents, for examination, photographing, or testing, the physical evidence retained in this case, including the vehicle, cell phones, and physical items seized from Mr. Talamantes-Cisneros or found inside the car. The government and its agents are further ordered not to destroy, transfer, or otherwise dispose of this evidence, without emergency application to this Court, notice to Mr. Talamantes-Cisneros, and an opportunity to respond, *or a jury verdict or other dispositive resolution of the case*

**SO ORDERED.**

Dated: 6-15-07

_____
BARRY TED MOSKOWITZ
U.S. District Court Judge

cc: Immigration & Customs Enforcement, FP&F